UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.

FLORIDALIZA JIMENEZ,

    Plaintiff,

v.

DRS MEDICAL REHAB, INC.,
a Florida Profit Corporation,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, DRS MEDICAL REHAB, INC., pursuant to 28 U.S.C. § 1441, hereby removes to this Court the cause of action currently pending in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida styled *Floridaliza Jimenez v. DRS Medical Rehab, Inc.,* Case No. CACE-19-008416 (09), and says:

### Introduction

1. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331.

2. This action was commenced in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, when Plaintiff filed her Complaint. A true and correct copy of the Complaint is attached hereto as **Exhibit A**.

3. Defendant has been served and, pursuant to 28 U.S.C. § 1446, is timely filing its notice of removal.

4. Defendant in this matter consents to the removal of this action.

### Jurisdiction is Proper Because Plaintiff's Action Arises Under the Laws of the United States

5. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331 as Plaintiff's Complaint purports to state a claim for violation of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*

("FLSA").  Accordingly, Plaintiff's Complaint clearly arises under the laws of the United States.

## Procedural Requirements

6. This notice of removal is being filed with this Court within 30 days after Defendant's receipt of the initial complaint.  *See* 28 U.S.C. § 1446(b).

7. A copy of this notice of removal is being filed with the state court where this action is pending and notice hereof is being given to all adverse parties "promptly after" the filing of the notice in this Court.  *See* 28 U.S.C. § 1446(d).

8. Pursuant to 28 U.S.C. § 1446(a), attached hereto as **Exhibit A**, **Exhibit B**, **Exhibit C**, and **Exhibit D** are copies of the following process, pleadings, orders, and other papers or exhibits of every kind currently on file in the state court action:

    i. Complaint;

    ii. Civil Cover Sheet;

    iii. Issued Summons; and

    iv. Return of Service.

Additionally, attached hereto as **Exhibit E** is a copy of the docket in the state court action.

WHEREFORE, Defendant respectfully requests that this Court exercise jurisdiction over this matter.

Dated:  May 15, 2019  
Boca Raton, FL

Respectfully submitted,

*s/ Daniel R. Levine*  
DANIEL R. LEVINE, ESQ.  
Florida Bar No. 0057861  
E-Mail:  DRL@PBL-Law.com  
Padula Bennardo Levine, LLP  
3837 NW Boca Raton Blvd., Suite 200  
Boca Raton, FL  33431  
Telephone:    (561) 544-8900  
Attorneys for Defendant

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

<u>s/ Daniel R. Levine</u><br>
DANIEL R. LEVINE, ESQ.

## SERVICE LIST

*Floridaliza Jimenez v. DRS Medical Rehab, Inc.*
Case No.
United States District Court, Southern District of Florida

| | |
|---|---|
| Noah E. Storch, Esquire<br>E-Mail:  noah@floridaovertimelawyer.com<br>Richard Celler Legal, P.A.<br>10368 W. State Road 84, Suite 103<br>Davie, FL  33324<br>Telephone:     (866) 344-9243<br>Facsimile:      (954) 337-2771<br>Counsel for Plaintiff<br>*Via CM/ECF* | Daniel R. Levine, Esquire<br>E-Mail:  DRL@PBL-Law.com<br>Padula Bennardo Levine, LLP<br>3837 NW Boca Raton Blvd., Suite 200<br>Boca Raton, FL  33431<br>Telephone:     (561) 392-8074<br>Facsimile:      (561) 368-6478<br>Counsel for Defendant<br>*Via CM/ECF* |
| Robert Pecchio, Esquire<br>E-Mail:  robert@floridaovertimelawyer.com<br>Richard Celler Legal, P.A.<br>10368 W. State Road 84, Suite 103<br>Davie, FL  33324<br>Telephone:     (866) 344-9243<br>Facsimile:      (954) 337-2771<br>Counsel for Plaintiff<br>*Via CM/ECF* | |